CSD 1489 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee of In re Rampage88, Inc.,
U.S.B.C., S.D., Cal., Case No. 22-00128-LT7

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

RCG RESOLUTION TRUST,

Debtor,

Bankruptcy No. 21-03800-LA7

**MOTION TO REOPEN CASE**

The ☐ Trustee  ☐ Debtor  ☒ Party in interest,  Gerald H. Davis, Ch. 7 Trustee of In re Rampage88, Inc.  ,

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

- ☐ To file the Financial Management Certificate and Official Form 423
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☐ To file a Motion to Avoid Lien(s)
- ☐ To file an Adversary Proceeding, except for the following:
  - §523 adversary proceeding to determine dischargeability of debt
  - File an adversary proceeding or motion to remedy an alleged violation of the discharge
- ☐ To file a Motion to Vacate Dismissal
- ☒ For other purpose as stated below (specify):

Motion to annul automatic stay nunc pro tunc pursuant to Compromise Settlement Agreement approved by order entered on May 26, 2022, in In re Rampage88, Inc., Case No. 22-00128-LT7 [Doc. # 50].

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED: June 2, 2022

/s/ Richard C. Norton
[Attorney for] Moving Party

---

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

CSD 1489